PEOPLE v WARE. Appeal from Wayne, Nathan J. Kaufman, J. Submitted Division 1 March 13, 1972, at Detroit. (Docket No. 12404.) Decided May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Charles Rubinoff,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and QUINN, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of armed robbery, MCLA 750.529; MSA 28.797. He was sentenced and he appeals.

An examination of the transcript, record and briefs discloses no prejudicial error.

Affirmed.